**Order entered October 9, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01459-CV

## GEORGE P. BANE, INC., Appellant

## V.

## JOE BALLARD, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-07758**

## ORDER

Before the Court is appellee's unopposed motion for leave to file sur-reply brief. We **GRANT** the motion and deem the sur-reply brief received September 17, 2020, filed as of the date of this order. The parties are cautioned that no further briefing shall be filed unless requested by the Court.

/s/    KEN MOLBERG
        JUSTICE